### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Ely Gemborys, *on behalf of himself and all others similarly situated,* | : |
|  | : |
|  | : Civil Action No.: 4:20-cv-40006-TSH |
| Plaintiff, | : |
| v. | : |
|  | : |
| Cenlar Agency, Inc., | : |
|  | : |
| Defendant. | : |

### MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff Ely Gemborys ("Plaintiff"), by and through undersigned counsel, hereby moves for entry of an Order granting final approval of the Parties' Class Action Settlement Agreement.

In support, Plaintiff submits the accompanying Memorandum of Law in Support of Motion for Final Approval of Class Action Settlement and the declaration of Bernella Osterlund, Director with KCC Class Action Services, LLC, the class action administrator.

Plaintiff respectfully requests that the Court approve the settlement as fair, reasonable and adequate and enter the Final Approval Order in the form attached hereto as <u>Exhibit A</u>.

Dated: June 9, 2021                                        Respectfully Submitted,

                                                           */s/ Stephen Taylor*
                                                           Sergei Lemberg
                                                           Stephen Taylor
                                                           Lemberg Law, LLC
                                                           43 Danbury Road
                                                           Wilton, CT 06897
                                                           Tel: (203) 653-2250
                                                           Fax: (203) 653-3424
                                                           *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2021, I served a true and accurate copy of the foregoing to counsel of record through the Court's CM/ECF system which sent notice of such filing to all counsel of record.

 _/s/ Stephen Taylor_____
Stephen Taylor